IN RE ESTATE OF GUSTAF CARLSON.
ERIC A. NELSON, APPELLEE, v. AUGUSTA VICTORIA CARLSON, APPELLANT.

FILED OCTOBER 25, 1929. No. 26802.

*F. J. Byrd* and *Cook & Cook,* for appellant.

*Milton C. Murphy, William A. Stewart* and *Halligan, Beatty & Halligan, contra.*

Heard before GOSS, C. J., DEAN, GOOD, THOMPSON, EBERLY and DAY, JJ., and REDICK, District Judge.

PER CURIAM.

This is an appeal by Augusta Victoria Carlson, residuary legatee under the will of Gustaf Carlson, deceased, from a decree of the district court for Dawson county construing the will.

We have carefully considered the record and all briefs filed, and find that the record is free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.